In re PETITION FOR REINSTATE-
MENT TO THE PRACTICE OF LAW
OF Denise M. NORTON, Registration
No. 182357.

No. A03–1599.

Supreme Court of Minnesota.

March 1, 2004.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that respondent Denise M. Norton is reinstated to the practice of law in the State of Minnesota effective immediately.

BY THE COURT:

/s/Paul H. Anderson
Associate Justice